IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 26-61

ARMONI BURTON
ASAUN PORTER
LAWRENCE STROTHERS, JR.

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, by delegation, and Katherine C. Jordan and V. Joseph Sonson, Assistant United States Attorneys for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On March 24, 2026, an indictment was returned by the grand jury charging the above-named defendants with violating 18 U.S.C. §§ 2114(a), 1201(a)(1), 1201(c), 1951, 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii), 2119, 922(g)(1), 1708 and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846. Arrest Warrants were issued pursuant to said indictment.

2. On March 24, 2026, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. As of March 26, 2026, all defendants have been apprehended and are in custody.

4. Based upon the foregoing, the United States believes and therefore avers

that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the indictment.

Respectfully submitted,

TROY RIVETTI
United States Attorney


By:     *s/ Katherine C. Jordan*
KATHERINE C. JORDAN
Assistant U.S. Attorney
PA ID No. 201135

*s/ V. Joseph Sonson*
V. JOSEPH SONSON
Assistant U.S. Attorney
PA ID No. 314864